■ In the Matter of DAMON FLAGG, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [10 NYS3d 905]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Egan Jr., Rose and Lynch, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAFAEL AGOSTO, Appellant, v PAUL CHAPPIUS JR., as Superintendent of Elmira Correctional Facility, Respondent. [10 NYS3d 905]—Appeal from a judgment of the Supreme Court (Hayden, J.), entered November 26, 2013 in Chemung County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

McCarthy, J.P., Rose, Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.